UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL JONES,

                Plaintiff,

      -against-

DR. RAUL ULLOA, ET AL.,

                Defendants.

19-CV-9553 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued May 18, 2021, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that:

Plaintiff's claims against John and Jane Doe correction officers at Auburn Correctional Facility are severed, and transferred, under 28 U.S.C. § 1406, to the United States District Court for the Northern District of New York; Plaintiff's remaining claims under 42 U.S.C. § 1983 for injunctive relief are dismissed as moot; Plaintiff's § 1983 claims for damages as to all remaining defendants are dismissed for failure to state a claim on which relief can be granted, 28 U.S.C. § 1915(e)(2)(B)(ii); and the Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 18, 2021
          New York, New York

                                                            Louis L. Stanton
                                                                U.S.D.J.